Official Form 1 (10/06)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Palm Beach Maritime Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Palm Beach Princess, Cruise Holdings I, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**23-2990156** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**One East 11th Street<br>Suite 500<br>Riviera Beach, Florida**       ZIP CODE **33404** | Street Address of Joint Debtor (No. & Street, City, and State):       ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP CODE | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
- ☐ $0 to $10,000
- ☐ $10,000 to $100,000
- ☐ $100,000 to $1 million
- ☑ $1 million to $100 million
- ☐ More than $100 million

Estimated Liabilities
- ☐ $0 to $50,000
- ☐ $50,000 to $100,000
- ☐ $100,000 to $1 million
- ☑ $1 million to $100 million
- ☐ More than $100 million

Official Form 1 (10/06) | FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Palm Beach Maritime Corporation** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor:<br>**ITG Vegas, Inc.** | Case Number:<br>**06-16350** | Date Filed:<br>**12/4/2006** ||
| District:<br>**Southern District of Florida** | Relationship:<br>**Subsidiary** | Judge:<br>**Paul G. Hyman** ||

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)          FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Palm Beach Maritime Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney**<br><br>X */s/ [signature]*<br>Signature of Attorney for Debtor(s)<br><br>John W. Kozyak, Esq., 200395<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**KOZYAK TROPIN & THROCKMORTON, P.A.**<br>Firm Name<br><br>2525 Ponce De Leon 9th Floor<br>Address<br><br>Miami, FL 33134<br><br>(305) 372-1800       (305) 372-3508<br>Telephone Number<br><br>12/6/06<br>Date | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)<br><br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ [signature]*<br>Signature of Authorized Individual<br><br>**Francis W. Murray**<br>Printed Name of Authorized Individual<br><br>**Chairman of Managing Member**<br>Title of Authorized Individual<br><br>12/6/06<br>Date | X **Not Applicable**<br><br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

Official Form 1 (10/06)                                                                              FORM B1, Page 4

| Name of Debtor | Case Number | Date |
|---|---|---|
| ITG Palm Beach, LLC | 06-16351 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Cruise Holdings I, LLC | 06-16352 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Cruise Holdings II, LLC | 06-16353 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Royal Star Entertainment, LLC | 06-16354 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Riviera Beach Entertainment, LLC | 06-16355 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Orion Casino Corporation | 06-16356 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Int'l Thoroughbred Gaming Dev. Corp. | 06-16357 | 12/4/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | Paul G. Hyman |

| Name of Debtor | Case Number | Date |
|---|---|---|
| Palm Beach Empress, Inc. | 06-_____-BKC-_____ | 12/6/2006 |
| District | Relationship | Judge |
| Southern District of Florida | Subsidiary | |

# United States Bankruptcy Court
# Southern District of Florida

In re    **Palm Beach Maritime Corporation**    Case No.
Chapter    **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on **Nov. 26, 2006**.

   a. Total assets                                              $    **20,905,569.13**

   b. Total debts (including debts listed in 2.c., below)        $    **41,189,526.06**

                                                                      Approximate number of holders

   c. Debt securities held by more than 500 holders.

      secured            unsecured            subordinated

   d. Number of shares of preferred stock

   e. Number of shares of common stock

      Comments, if any:

3. Brief description of debtor's business:

   **Coastal entertainment cruises**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Cruise Holdings I, LLC**

Exhibit A - Page 1

## **CERTIFICATE OF CORPORATE RESOLUTION**

I, Francis W. Murray, Chairman of Managing Member of Palm Beach Maritime Corporation (the "Corporation"), do hereby certify that the _6_ day of December, 2006, the following resolutions were adopted and recorded in the Minute Book of the Corporation and have not been modified or rescinded and are still in full force and effect

>RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of chapter 11, title 11 of the United States Code; and it is

>FURTHER RESOLVED, that the form of the chapter 11 petition presented to this meeting, be, and the same hereby is, approved and adopted in all respects, and that the officers of the Corporation be, and they hereby are, authorized and directed, on behalf of and in the name of this Corporation, to execute and verify the petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of Florida at such time as the officer executing said petition on behalf of this Corporation shall determine; and it is

>FURTHER RESOLVED, that the officers of this Corporation be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Corporation's chapter 11 case, and in that connection to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Corporation's chapter 11 case; and it is

>FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of Kozyak Tropin & Throckmorton, P.A., upon such terms and conditions as the officers shall approve, to render legal services to, and to represent,

the Corporation in connection with the chapter 11 proceedings; and it is

FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized to retain on behalf of the Corporation other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Corporation's chapter 11 case, upon such terms and conditions as the officers shall approve, to assist the Corporation in connection with the chapter 11 proceedings on such terms as are deemed necessary, proper and desirable; and it is

FURTHER RESOLVED, that in connection with the commencement of the chapter 11 case by the Corporation, the appropriate officers of the Corporation be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation, to negotiate, execute and deliver a debtor in possession loan facility or other financing arrangements (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions as such officer executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Corporation; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Corporation to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the Corporation's chapter 11 case, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

FURTHER RESOLVED, that the officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

miami 227257 v1 [Corporate Resolution for Palm Beach Maritime (December 2006) (2)]

IN WITNESS WHEREOF, I have hereunto set my hand this 6 day of December, 2006.

                                               PALM BEACH MARITIME CORPORATION

                                               By: _____
                                               Name: Francis W. Murray
                                               Title:   Chairman of Managing Member

271403/3148.103

miami 227257 v1 [Corporate Resolution for Palm Beach Maritime (December 2006) (2)]

Form B4+

| IN RE: | PALM BEACH MARITIME CORPORATION | Case No.: |
| | Debtor. | (If known) |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ritz Carlton Golf Club & Spa, Jupiter<br>115 Eagle Tee Terrace<br>Jupiter, FL 33477 | | | | $48,220.10 |
| Stockton Bates, LLP<br>42 South 15th Street, Suite 600<br>Philadelphia, PA 19102 | | | | $10,350.00 |
| CT Corporation<br>Philadelphia Corporate Team 1<br>1515 Market Street<br>Philadelphia, PA 19102 | | | | $2,876.55 |
| Independent Community Bank<br>250 Tequesta Drive, Suite 101<br>Tequesta, FL 33469 | | | | $2,000.00 |
| Lexus Financial Services<br>PO Box 4102<br>Carol Stream, IL 60197-4102 | | | | $979.18 |
| Rood & Riddle Equine Hospital<br>2150 Georgetown Road<br>PO Box 12070<br>Lexington, KY 40580 | | | | $774.07 |
| Gunster Yoakley & Stuart, P.A.<br>777 South Flagler Street, St 500<br>West Palm Beach, FL 33401 | | | | $220.48 |
| Florida Power & Light Company<br>General Mail Facility<br>Miami, FL 33188-0001 | | | | $172.11 |
| BellSouth<br>PO Box 1262<br>Charlotte, NC 28201-1262 | | | | $81.52 |

Form B4+

## Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership

I, Francis W. Murray, the Chairman of Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Date: 12/6/06                Signature: _____

Francis W. Murray, Chairman of Managing Member

271402.3148-103 Dec. 2006

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  Palm Beach Maritime Corporation

Debtor

Case No. _____

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: 12/6/04

Signed: _____
Francis W. Murray

Signed: _____
John W. Kozyak, Esq.
Attorney for Debtor(s)
Bar no.: 200395
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce De Leon
9th Floor
Miami, FL 33134
Telephone No.: (305) 372-1800
Fax No.: (305) 372-3508
E-mail address:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

In re

PALM BEACH MARITIME CORPORATION,   CASE NO.
                                    Chapter 11
        Debtor.
_____/

## LIST OF CREDITORS

BellSouth
PO Box 1262
Charlotte, NC 28201-1262

CT Corporation
Philadelphia Corporate Team 1
1515 Market Street
Philadelphia, PA 19102

Florida Power & Light Company
General Mail Facility
Miami, FL 33188-0001

Francis X. Murray
128 Bryce Lane
Jupiter, FL 33458

Francis W. Murray
1293 Farm Road
Berwyn, PA 19312

Gunster Yoakley & Stuart, P.A.
777 South Flagler Street
Suite 500
West Palm Beach, FL 33401

Independent Community Bank
250 Tequesta Drive
Suite 101
Tequesta, FL 33469

Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102

PDS Gaming Corp.
6280 Annie Oakley Drive
Las Vegas, NV 89120

PDS Gaming Corp.
c/o Marc J. Gottlieb, Esq.
Joan M. Levit, Esq.
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301

PDS Gaming Corp.
c/o David Weitman, Esq.
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

Ritz Carlton Golf Club & Spa, Jupiter
115 Eagle Tee Terrace
Jupiter, FL 33477

Rood & Riddle Equine Hospital
2150 Georgetown Road
PO Box 12070
Lexington, KY 40580

Stockton Bates, LLP
42 South 15th Street, Suite 600
Philadelphia, PA 19102

261625.1/3148-104