UNITED STATES BANKRUPTCY COURT
DISTRICT OF DIVISION

IN RE:                                         } CASE NUMBER    06-16411-BKC-PGH
                                               }
Palm Beach Maritime Corporation                } JUDGE           Hyman
                                               }
DEBTOR.                                        } CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM                9/1/2007              TO                9/30/2007

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the guidelines established by the United States Trustee and FRBP 2015.

Attorney for Trustee Signature

Debtor's Address
and Phone Number:
Mark T. Calvert, Chapter 11 Trustee
35300 Center Street SE
Snoqualmie, WA 98065
206-909-3636

Attorney's Address
and Phone Number:

Bilzin Sumberg Baena Price & Axelrod
200 South Biscayne Blvd, Suite 2500
Miami, Florida 33131-5340
305-350-2414

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING **9/1/2007** AND ENDING **9/30/2007**

Name of Debtor: **Palm Beach Maritime Corporation**    Case Number: **06-16411-BKC-PGH**

Date of Petition: **12/6/2006**

| | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| 1 FUNDS AT BEGINNING OF PERIOD | $ - | (a) | $ 2,502.10 (b) |
| 2 RECEIPTS: | | | |
| A Cash Sales | | | |
| Minus: Cash Refunds | | | |
| Net Cash Sales | $ - | | $ - |
| B Accounts Receivable | $ - | | $ - |
| C Other Receipts (See MOR-3) | $ - | | $ 37,205.29 |
| (If you receive rental income, you must attach a rent roll.) | | | |
| 3 TOTAL RECEIPTS (Lines 2A+2B+2C) | $ - | | $ 37,205.29 |
| 4 TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1+Line 3) | $ - | | $ 39,707.39 |
| 5 DISBURSEMENTS | | | |
| A Advertising | $ - | | $ - |
| B Bank Charges | $ - | | $ - |
| C Contract Labor | $ - | | $ - |
| D Fixed Asset Payments (not incl. in "N") | $ - | | $ - |
| E Insurance | $ - | | $ 926.06 |
| F Inventory Payments (See Attach.2) | $ - | | $ - |
| G Leases | $ - | | $ - |
| H Manufacturing Supplies | $ - | | $ - |
| I Office Supplies | $ - | | $ 41.00 |
| J Payroll - Net (See Attachment 4B) | $ - | | $ - |
| K Professional Fees (Accounting & Legal) | $ - | | $ 264.00 |
| L Rent | $ - | | $ - |
| M Repairs & Maintenance | $ - | | $ 725.00 |
| N Secured Creditor Payments (See Attach. 2) | $ - | | $ - |
| O Taxes Paid - Payroll (See Attachment 4C) | $ - | | $ - |
| P Taxes Paid - Sales & Use (See Attachment 4C) | $ - | | $ - |
| Q Taxes Paid - Other (See attachment 4C) | $ - | | $ 210.81 |
| R Telephone | $ - | | $ 782.47 |
| S Travel & Entertainment | $ - | | $ 1,718.61 |
| T US Trustee Quarterly Fees | $ - | | $ 2,000.00 |
| U Utilities | $ - | | $ 3,152.46 |
| V Vehicle Expenses | $ - | | $ 9,909.05 |
| W Other Operating Expense (See MOR-3) | $ - | | $ 19,977.93 |
| 6 TOTAL DISBURSEMENTS (Sum of 5A thru W) | $ - | | $ 39,707.39 |
| 7 ENDING BALANCE (Line 4 Minus Line 6) | $ - | (c) | $ - (c) |

I declare under the penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of October, 2007.

Mark T. Calvert, Chapter 11 Trustee

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

OTHER RECEIPTS:
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cummulative Petition to Date | Prior Cumm |
|---|---|---|---|
| TRF FM PB GAMING TO CRUISE I | | 31,102.46 | 31,102.46 |
| TRF FM PBM OP TO NEW PBM ACCT | | 113.13 | 113.13 |
| TRF FM PBM SP TO NEW PBM ACCT | | 1,950.32 | 1,950.32 |
| TRF FM WQM PR TO PBM 2 | | 70.83 | 70.83 |
| TRF FM PBM SP TO ITGV | | (266.66) | (266.66) |
| REAL.COM REFUND | | 29.98 | 29.98 |
| CREDIT HOMECARE PURCHASE | | 61.18 | 61.18 |
| BELLSOUTH CLAIMS BENEFIT | | 18.00 | 18.00 |
| UNEMPLOYMENT REFUND | | 6,038.55 | 6,038.55 |
| PALM BEACH GRDNS REFUND | | 589.60 | 589.60 |
| TOTAL OTHER RECEIPTS | $ - | $ 39,707.39 | $39,707.39 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

OTHER DISBURSEMENTS:

Describe Each Item of othe Disbursement and List amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cummulative Petition to Date | |
|---|---|---|---|
| ACME PURCHASE | | 191.83 | 191.83 |
| ALVINS FLOWERS PURCHASE | | 104.41 | 104.41 |
| ANDRE JOURDAN PURCHASE | | 345.00 | 345.00 |
| ANTOINETTE DAY SPA PURCHASE | | - | - |
| BLUE HILL INN PURCHASE | | 195.00 | 195.00 |
| CAFE CHARDONNAY PURCHASE | | 212.86 | 212.86 |
| CLIMATE CONTROL PURCHASE | | 92.00 | 92.00 |
| COMMERCE BANK WITHDRAWAL | | 264.00 | 264.00 |
| CONCORD CAFE PURCHASE | | - | - |
| COOLA FISH BAR PURCHASE | | 140.88 | 140.88 |
| DA VITTORIOS PURCHASE | | 224.57 | 224.57 |
| EAGLE CLEANERS | | 100.93 | 100.93 |
| FELLINI CAFE PURCHASE | | - | - |
| HOMECARE AMERICA PURCHASE | | 351.07 | 351.07 |
| JETTY'S PURCHASE | | 108.38 | 108.38 |
| KMART PURCHASE | | - | - |
| LUKOIL PURCHASE | | 67.40 | 67.40 |
| MONDOS OF NO PALM PURCHASE | | 37.19 | 37.19 |
| NORTH CO TRANS PURCHASE | | 61.00 | 61.00 |
| OVERNIGHT CARD PURCHASE | | 16.00 | 16.00 |
| PALM BEACH GARDENS PURCHASE | | - | - |
| PAOLI PHARMACY PURCHASE | | - | - |
| PASQUALES REST PURCHASE | | 181.50 | 181.50 |
| PELICAN CAR WASH PURCHASE | | 317.53 | 317.53 |
| PUBLIX US HWY 1 PURCHASE | | 2,198.41 | 2,198.41 |
| PURCHASE-OVERNIGHT CARD DEL | | 16.00 | 16.00 |
| RAYS ITALIAN RISTO PURCHASE | | 25.82 | 25.82 |
| RN REALONE PURCHASE | | 29.98 | 29.98 |
| SAMANTHA'S CAFE PURCHSE | | 135.96 | 135.96 |
| SEA SALT PURCHASE | | - | - |
| SOU USPS PURCHASE | | - | - |
| SUNOCO SVC STA PURCHASE | | - | - |
| SYB THE HARDWARE PURCHASE | | - | - |
| THE CASTINE INN PURCHASE | | 285.00 | 285.00 |
| THE PRINCETON BAR PURCHASE | | - | - |
| THE SEA GRILL PURCHASE | | - | - |
| VIA MARIE PURCHASE | | - | - |
| WABI SABI STEAKS PURCHASE | | - | - |
| VIC & ANGELO'S PURCHASE | | 218.68 | 218.68 |
| WHOLE FOODS MARK PURCHASE | | 107.69 | 107.69 |
| FWM A/R | | 1,621.08 | 1,621.08 |
| FWM Expense | | 462.76 | 462.76 |
| TRF FM CH 1 TO GAME DEV | | 5,000.00 | 5,000.00 |
| TRF FM CH1 TO ROYAL STAR | | 6,500.00 | 6,500.00 |
| | | - | - |
| TOTAL OTHER DISBURSEMENTS | $ - | $ 19,592.93 | $19,592.93 |

NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

The attached Financials are as of the company's normal reporting period August 27, 2007 to September 30, 2007.

**Palm Beach Maritime Corporation**
Balance Sheet
As of September 30, 2007

2007

## ASSETS

| | |
|---|---:|
| **Current Assets:** | |
| Cash on Hand | $ 70.83 |
| Prepaid Expenses | 1,328.00 |
| Security Deposits | 255,186.59 |
| Total Current Assets | 256,585.42 |
| | |
| **Net Fixed Assets:** | |
| Property, Plant & Equipment | 14,000,000.00 |
| Accum. Depn | (6,335,365.24) |
| Net Property and Equipment | 7,664,634.76 |
| | |
| **Other Assets** | |
| Investment in Other Companies | 1,568,696.61 |
| Accounts Receivable | 11,723,670.48 |
| Note Receivable | 2,712,956.36 |
| Accounts Receivable - ITG Panama | 5,000.00 |
| Due to /from ITG Vegas Inc | 278,620.43 |
| Loan Costs | 161,045.63 |
| | 16,449,989.51 |
| | |
| Total Assets | $ 24,371,209.69 |

## LIABILITIES & STOCKHOLDERS' EQUITY

| | |
|---|---:|
| **Current Liabilities:** | |
| Accounts Payable - Trade | $ 809,235.73 |
| Accounts Payable - ITB | 8,773.50 |
| Accrued Expense Payable | 662,396.54 |
| Wages Payable | 29,089.64 |
| Total Current Liabilities | 1,509,495.41 |
| | |
| **Long-Term Liabilities:** | |
| Capital Lease Payable - PDS | 14,000,000.00 |
| Due to/from Palm Beach Empress | 2,536,173.34 |
| ITGV/Investment | 7,244,253.76 |
| Notes Payable - Other | 373,218.26 |
| Total Long-Term Liabilities | 24,153,645.36 |
| | |
| Deferred Profit ( Actual Loss) | 4,386,103.59 |
| Accum. Amortization of Deferred Profit | 3,533,170.61 |
| | |
| **Stockholders' Equity** | |
| Share Capital | 3,700,000.00 |
| Distribution to FWM | (3,321,334.72) |
| Retained Earnings-Current Year | 566,487.88 |
| Retained Earnings-Prior Years | (10,156,358.44) |
| Total Stockholders' Equity | (9,211,205.28) |
| | |
| Total Liabilities and Stockholders' Equity | $ 24,371,209.69 |

## Palm Beach Maritime Corporation
Income Statement
For the One Month Ending September 30, 2007

|                                              | Period 9      |
|----------------------------------------------|---------------|
| **Other Non-Operating (Income) Expenses**    |               |
| Other Expenses                               |               |
| Bare Boat Charter Income                     | (78,451.65)   |
| **Total Other Non-Operating (Income) Expenses** | **(78,451.65)** |
| **Net Income before Taxes**                  | **78,451.65** |
| **Net Income**                               | **$78,451.65**|

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: __Palm Beach Maritime Corporation__   Case Number: __06-16411-BKC-PGH__

Reporting Period beginning: __9/1/2007__ Period ending __9/30/2007__

ACCOUNTS RECEIVABLE AT PETITION DATE: __7,010,735.24__

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 3,605,533.43 | (a) |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collection During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ - | * |
| End of Month Balance | $ 3,605,533.43 | (c) |

*For any adjustments or Write-offs provide explaination and supporting documentation, if applicable:
*Amended Schedule B #16 accounts receivable.

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2

### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:     Palm Beach Maritime Corporation     Case Number:     06-16411-BKC-PGH

Reporting Period beginning:     9/1/2007 Period ending     9/30/2007

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition.
In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

9/30/2007

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 1/19/2007 | 254 | ADP | ADP Fees | 1,100.00 |
| 1/31/2007 | 242 | ARONIMINK GOLF CLUB | M890/0107 DUES | 1,457.44 |
| 12/1/2006 | 303 | MURRAY, FRAN X. | Avalon Rent | 9,500.00 |
| 12/1/2006 | 303 | MURRAY, FRAN X. | Berwyn Rent | 11,000.00 |
| 12/1/2006 | 303 | MURRAY, FRAN X. | Singer Island Rent | 7,000.00 |
| 12/7/2006 | 297 | MURRAY, FRAN X. | Washington Mutual Reimbursment | 219.46 |
| 12/11/2006 | 293 | MURRAY, FRAN X. | MBNA 9086 Reimbursment | 1,126.22 |
| 12/14/2006 | 290 | MURRAY, FRAN X. | Amex reimbursment | 451.62 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | 010107 RENT AVALON | 9,500.00 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | 010107/BERWYN RENT | 11,000.00 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | 010107/EXP | 313.29 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | 0107/SINGER IS CONDO | 7,000.00 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | BK OF AMERICA 5719 | 568.70 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | CASE VISA 12/16/06 | 1,354.85 |
| 1/1/2007 | 272 | MURRAY, FRAN X. | MORTGAGE LATE FEES | 3,096.57 |
| 1/2/2007 | 271 | MURRAY, FRAN X. | BK OF AMER 010207 | 657.62 |
| 1/6/2007 | 267 | MURRAY, FRAN X. | 010607D EXP | 243.88 |
| 1/9/2007 | 264 | MURRAY, FRAN X. | WASH REIM 010907 | 272.17 |
| 1/12/2007 | 261 | MURRAY, FRAN X. | Amex reimbursment | 1,775.28 |
| 1/12/2007 | 261 | MURRAY, FRAN X. | MBNA 9086 REIM | 1,150.73 |
| 1/14/2007 | 259 | MURRAY, FRAN X. | AMEX REIM 011407 | 507.38 |
| 1/20/2007 | 253 | MURRAY, FRAN X. | 01/20/07 EXP | 243.88 |
| 1/20/2007 | 253 | MURRAY, FRAN X. | AMEX REIM 012007 | 347.16 |
| 1/20/2007 | 253 | MURRAY, FRAN X. | BK OF AMER 5719 | 667.94 |
| 1/20/2007 | 253 | MURRAY, FRAN X. | CHASE VISA 2014 REIM | 1,547.14 |
| 1/27/2007 | 246 | MURRAY, FRAN X. | MORT LATE FEES | 215.16 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | AVALON NJ POERTY 020 | 9,500.00 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | BERWYN RENT 0207 | 11,000.00 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | BK OF AMER 0461 0127 | 207.78 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | BK OF AMER. 020107 | 663.10 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | CONDO 0207 SINGER IS | 7,000.00 |
| 2/1/2007 | 241 | MURRAY, FRAN X. | MISC FIN.CHARGE REIM | 30.44 |
| 2/14/2007 | 228 | MURRAY, FRAN X. | MORTGAGE LATE FEE | 330.90 |
| 2/17/2007 | 225 | MURRAY, FRAN X. | 021707 | 243.88 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 020807 WASH. MUT REI | 249.94 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 021607 CHASE VISA | 1,587.15 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 030107 BK OF AMER | 627.53 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 030107 LATE FEE | 371.22 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 0307 AVALON RENT | 9,500.00 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 0307 BERWYN PROPERTY | 11,000.00 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 0307 SINGER IS CONDO | 7,000.00 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | 9086 REIM BK OF AMER | 1,059.74 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | AMEX BLUE 021407 | 512.39 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | AMEX REIM 021907 | 2,202.92 |
| 3/1/2007 | 213 | MURRAY, FRAN X. | MISC FIN.030107 | 193.41 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | 9086 REIM 031307 | 1,139.80 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | AMEX BLUE 031407 | 474.04 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | BK OF AMER 022407 | 316.33 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | BK OF AMER 651 REIM | 829.59 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | LATE FEES | 11.98 |
| 3/30/2007 | 184 | MURRAY, FRAN X. | WASH MUT REIM 03090 | 74.00 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | AMEX REIMB 032107 | 2,755.84 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | 0307 AVALON RENT | 9,500.00 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | 0307 BERWYN PROPERTY | 11,000.00 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | BK OF AMER REIM 04 | 714.90 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | CHASE VISA REIM 03 | 1,476.27 |
| 4/1/2007 | 182 | MURRAY, FRAN X. | SINGER ISLAND APRIL RENT | 7,000.00 |
| 4/15/2007 | 168 | MURRAY, FRAN X. | MORT LATE FEE 0307 | 160.78 |
| 5/1/2007 | 152 | MURRAY, FRAN X. | AMEX BLUE REIMB 041 | 505.74 |
| 5/1/2007 | 152 | MURRAY, FRAN X. | BK OF AMER 042607 | 384.40 |
| 5/1/2007 | 152 | MURRAY, FRAN X. | BK OF AMER 041907 | 822.99 |
| 6/1/2007 | 121 | MURRAY, FRAN X. | BK OFAMERICA 05/11/07 | 1,051.95 |

ATTACHMENT 2 - PAGE 1 OF 2

| Date | | | Payee | Description | Amount |
|---|---|---|---|---|---|
| 5/1/2007 | | 152 | MURRAY, FRAN X. | BK OF AMER 651 REIMB | 754.73 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | CHASE VISA REIMB 04 | 1,626.19 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | MAY RENT AVALON | 9,500.00 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | MAY RENT BERWYN | 11,000.00 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | MAY RENT CONDO | 7,000.00 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | MORT FATE FEE PAY | 3,711.37 |
| 5/1/2007 | | 152 | MURRAY, FRAN X. | WASH REIM 05/10/07 | 248.83 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | MAY RENT AVALON | 9,500.00 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | MAY RENT BERWYN | 11,000.00 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | MAY RENT CONDO | 7,000.00 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | AMEX BLUE REIMB 051 | 571.98 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | CHASE VISA REIM 05/16/07 | 1,614.90 |
| 6/1/2007 | | 121 | MURRAY, FRAN X. | MORT LATE FEE | 138.99 |
| 7/1/2007 | | 91 | MURRAY, FRAN X. | Avalon Rent | 9,500.00 |
| 7/1/2007 | | 91 | MURRAY, FRAN X. | Berwyn Rent | 11,000.00 |
| 7/1/2007 | | 91 | MURRAY, FRAN X. | Singer Island Rent | 7,000.00 |
| 8/1/2007 | | 60 | MURRAY, FRAN X. | Avalon Rent | 9,500.00 |
| 8/1/2007 | | 60 | MURRAY, FRAN X. | Berwyn Rent | 11,050.00 |
| 8/1/2007 | | 60 | MURRAY, FRAN X. | Singer Island Rent | 7,000.00 |
| 8/9/2007 | | 52 | Ritz- Carlton Golf Club & Spa, Jupiter | Dues | 2,782.60 |
| 5/1/2007 | | 152 | RITZ-CARLTON PA-DUES | 12035178-DUES | 16,937.50 |
| **TOTAL AMOUNT** | | | | | **311,802.55** (b) |

[ ] Check if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

## ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ | 311,802.55 (a) |
| PLUS: New Indebtedness Incurred this Month | $ | - |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | - |
| PLUS/MINUS: Adjustments | $ | - |
| End of Month Balance | $ | 311,802.55 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

## SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid this Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | (d) | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b,c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N)

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Palm Beach Maritime Corporation    Case Number: 06-16411-BKC-PGH

Reporting Period beginning 9/1/2007   Period ending: 9/30/2007

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE: $ -

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of month | $ - (a) |
| PLUS: Inventory Purchased During Month | $ - |
| MINUS: Inventory Used or Sold | $ - |
| PLUS/MINUS: adjustments or Write-downs | $ - |
| Inventory on hand at End of Month | $ - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 0% | 0% | 0% | 0% | = | 0% |

*Aging Percentages must equal 100%
[ ] Check here if inventory contains perishables items.

Description of Obsolete Inventory: _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $ 17,500,000.00 (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION(First Report Only): _____

FIXED ASSESTS RECONCILIATION:

| Fixed Asset Book Value at Beginning of Month | $ 17,500,000.00 (a)(b) |
|---|---|
| MINUS: Depreciation Expense | $ - |
| PLUS: New Purchases | $ - |
| PLUS/MINUS: Adjustments or write-downs | $ - |
| Ending Monthly Balance | $ 17,500,000.00 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Palm Beach Maritime Corporation   Case Number: 06-16411-BKC-PGH

Reporting Period beginning 9/1/2007 Period ending: 9/30/2007

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at www.usdoj.gov/ust/r21/index.htm If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wachovia   BRANCH: West Palm Beach, FL

ACCOUNT NAME: Palm Beach Maritime Corp   ACCOUNT NUMBER: 2000034068223

PURPOSE OF ACCOUNT: OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ - |
| Plus Total Amount of Outstanding Deposits | $ - |
| Minus Total Amount of Outstanding Checks and other debits | $ - |
| Minus Service Charges | $ - |
| Ending Balance per Check Register | $ -  **(a) |

*Debit cards are used by Francis W. Murray, Francis X. Murray (Terminated used August 2, 2007)

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as petty cash on Attachment 4D):
( [ ] Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", list above, includes:

$ -  Transferred to Payroll Account
$ -  Transferred to Tax Account

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: **Palm Beach Maritime Corporation**   Case Number: **06-16411-BKC-PGH**

Reporting Period beginning **9/1/2007** Period ending: **9/30/2007**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at www.usdoj.gov/ust/r21/index.htm

| | | | |
|---|---|---|---|
| NAME OF BANK: | N/A | BRANCH: | N/A |
| ACCOUNT NAME: | N/A | ACCOUNT NUMBER: | N/A |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

Ending Balance per Bank Statement $ -
Plus Total Amount of Outstanding Deposits $ -
Minus Total Amount of Outstanding Checks and other debits $ - *
Minus Service Charges $ -
Ending Balance per Check Register $ - **(a)

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid by Cash:
( [ ] ) Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: **Palm Beach Maritime Corporation**    Case Number: **06-16411-BKC-PGH**

Reporting Period beginning **9/1/2007** Period ending: **9/30/2007**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at www.usdoj.gov/ust/r21/index.htm

NAME OF BANK: **N/A**    BRANCH: **N/A**

ACCOUNT NAME: **N/A**    ACCOUNT NUMBER: **N/A**

PURPOSE OF ACCOUNT:    **TAX**

Ending Balance per Bank Statement    $  -
Plus Total Amount of Outstanding Deposits    $  -
Minus Total Amount of Outstanding Checks and other debits    $  -
Minus Service Charges    $  -
Ending Balance per Check Register    $  -  **(a)

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation: _____

The following disbursments were paid by Cash:
( [ ] Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4D

INVESTMENT ACCOUNTS AND PETTY CASH REPORT

INVESTMENT ACCOUNTS

Name of Debtor: Palm Beach Maritime Corporation  Case Number: 06-16411-BKC-PGH

Reporting Period beginning 9/1/2007 Period ending: 9/30/2007

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase price | Date of Purchase | Current Market value |
|---|---|---|---|---|
| | | | | |
| TOTAL | | | | (a) |

PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | $ - |
| | | | $ - |
| | | | $ - |
| TOTAL | | | $ - (b) |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)     $ - (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-13

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

| | |
|---|---|
| Name of Debtor: Palm Beach Maritime Corporation | Case Number: 06-16411-BKC-PGH |
| Reporting Period beginning 9/1/2007 | Period ending: 9/30/2007 |
| NAME OF BANK: Wachovia | BRANCH: West Palm Beach, FL |
| ACCOUNT NAME: Palm Beach Maritime Corp | |
| ACCOUNT NUMBER: 2000034068223 | |
| PURPOSE OF ACCOUNT: OPERATING | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| no bank transactions | | | | |
| TOTAL | | | | $ - |
| | | | Less Voided checks | $ - |

MOR-8

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

| | |
|---|---|
| Name of Debtor: | **Palm Beach Maritime Corporation**   Case Number: **06-16411-BKC-PGH** |
| Reporting Period beginning | **9/1/2007** Period ending: **9/30/2007** |
| NAME OF BANK: | **N/A**   BRANCH: **N/A** |
| ACCOUNT NAME: | **N/A** |
| ACCOUNT NUMBER: | **N/A** |
| PURPOSE OF ACCOUNT: | **PAYROLL** |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |

TOTAL                                                                                           $           -

MOR-10

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: __Palm Beach Maritime Corporation__   Case Number: __06-16411-BKC-PGH__

Reporting Period beginning __9/1/2007__ Period ending: __9/30/2007__

NAME OF BANK: __N/A__                              BRANCH: __N/A__

ACCOUNT NAME: __N/A__

ACCOUNT NUMBER: __N/A__

PURPOSE OF ACCOUNT: __TAX__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

TOTAL                                                                                              $ _____-____ (d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                      $ _____-____ (a)
Sales & Use Taxes Paid                  $ _____ (b)
Other Taxes Paid                        $ _____-____ (c)
TOTAL                                   $ _____-____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: __Palm Beach Maritime Corporation__   Case Number: __06-16411-BKC-PGH__

Reporting Period beginning __9/1/2007__ Period ending: __9/30/2007__

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, and State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL |  |  | $ |  |  |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: __Palm Beach Maritime Corporation__  Case Number: __06-16411-BKC-PGH__

Reporting Period beginning __9/1/2007__ Period ending: __9/30/2007__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business for which expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Office or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Francis W. Murray | President | No payments | - |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | - | - |
| Number hired during the period | - | - |
| Number terminated or resigned during period | - | - |
| Number of employees on payroll at end of period | - | - |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehichle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |

[ ] Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-15

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Name of Debtor: __Palm Beach Maritime Corporation__   Case Number: __06-16411-BKC-PGH__

Reporting Period beginning __9/1/2007__ Period ending: __9/30/2007__

Information to be provided on this page, includes, but is not limited to:

(1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement);
(2) non-financial transactions, such as the substitution of assets or collateral;
(3) modifications to loan agreements;
(4) change in senior management, etc.

Attach any relevant documents.

The trustee continues to work closely with all stakeholders and is providing weekly letters on the status of operations to major stakeholders. The company has received an offer on for the purchase of the Royal Star and has submitted the offer to the court for approval. From a operating prospective, Sun Cruz has closed their operations at the Port at Palm Beach. This is a very positive development for the Palm Beach Princess operations. The Company obtained DIP financing from the secured creditors and has drawn approximately $1 million to date. The company anticipates marginal operating results through the balance of the fourth quarter. The company is closely monitoring the state of Florida discussions with the Seminole tribe. The proposed contract could adversely effect the operations of the company. The goal of the trustee is to file a plan of reorganization in the first quarter of 2008.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before __1/31/08__

MOR-16